IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CHRISTINE EGGLESTON** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NO.: 3:20-CV-00360-KHJ-FKB**

**DOLLAR GENERAL CORPORATION AND
DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION;
AND JOHN DOES 1-10** **DEFENDANTS**

### AGREED PROTECTIVE ORDER

This cause is before the Court upon the Unopposed Motion *Ore Tenus* for Entry of a Protective Order by Defendant Dolgencorp, LLC, as to the confidentiality of certain documents it may produce in discovery in this case. The Court having reviewed the motion, being fully advised in the premises, and noting that the parties agree to the entry of this order, finds that the same is well-taken and should be granted as follows:

1.

Plaintiff, Christine Eggleston, has requested certain documents from Dolgencorp, LLC, in discovery that are of a confidential and proprietary nature, including portions of policies and procedures regarding the operation of its businesses, video surveillance, and other sensitive information.

2.

Certain materials, information, documents, testimony, and other information produced or given by Dolgencorp, LLC, in this litigation in the course of pre-discovery disclosures, in pre-trial discovery, or used or produced at trial will involve disclosure of confidential, proprietary, financial, technical, scientific, personnel, medical, protected health, or business information. The

EXHIBIT "A"

parties agree to the following provisions regarding disclosure, use, and return of all confidential information subject to this Order.

3.

The confidential information subject to this Order shall include data, electronic data, documents, photographs, video surveillance, deposition transcripts, exhibits, affidavits, answers to interrogatories, responses to requests for admissions, and any other material and contents where designated as set forth below in accordance with this Order.

4.

When confidential information is produced that is subject to this order, it shall be marked *CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER*. The use of any information designated as confidential pursuant to this protective order in support of any motion, pleading and/or other paper filed with the Court is only permitted upon the filing of a motion to seal in accordance with L.U.Civ.R. 79. If a party's request to file under seal is denied, then the party may file the information in the public record unless otherwise instructed by the Court. Further, where any confidential information subject to this order is included in papers filed with the Court, they shall be marked *CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER IN CHRISTINE EGGLESTON V. DOLGENCORP, LLC; IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, NORTHERN DIVISION; CIVIL ACTION NO.: 3:20-CV-00360-DPJ-FKB.*

5.

The confidential information subject to this order shall not be disclosed other than as expressly authorized by it and may be disclosed only to the following: this Court and its personnel; counsel of record in this litigation; staff personnel employed by them; any consultant, investigator,

or expert who is assisting in the preparation and trial of this litigation; a deponent, but only during the course of and preparation for his or her deposition; a court reporter; any party and fact witnesses or potential fact witnesses, if disclosure to a potential fact witness of particular confidential information is, in counsel's good-faith judgment, necessary to that party's prosecution or defense of the case. The party disclosing any documents or information protected by this order to any person identified in this paragraph shall ensure that the person to whom any confidential information is disclosed is aware the information is confidential and will abide by the terms and conditions of this order.

6.

Except to the extent expressly authorized in this order, the confidential information shall not be used or disclosed for any purpose other than the preparation of this case, trial of this case, or appeal of this case.

7.

In the event Dolgencorp, LLC, produces additional materials that contain confidential, proprietary, or other sensitive information, it shall notify counsel for Wanda Hudson that the information is subject to the terms and conditions of this order.

8.

This order is not intended to prohibit the use or admissibility of confidential information at trial of this action. Issues involving the protection of confidential information during trial will be presented to the court prior to or during trial as each party deems appropriate.

9.

Within 60 days after the final disposition of this action, the confidential information governed by this Order shall be returned to counsel of record for the party producing it.

**SO, ORDERED AND ADJUDGED** this the ____day of _____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Agreed and Approved:

___/s/ Martin R. Jelliffe___
Martin R. Jelliffe, Esq.
Morgan & Morgan, PLLC
4450 Old Canton Road, Suite 200
Jackson, Mississippi 39211
mjelliffe@ForThePeople.com
*Attorney for Plaintiff*


___/s/ Mark C. Carlson___
Mark C. Carlson, Esquire
Dale R. Russell, Esquire
Kyle Ketchings, Esquire
**COPELAND, COOK, TAYLOR & BUSH, P.A.**
600 Concourse, Suite 200
1076 Highland Colony Parkway
Ridgeland, Mississippi 39157
Post Office Box 6020
Ridgeland, Mississippi 39158
Telephone: (601) 856-7200
drussell@cctb.com
mcarlson@cctb.com
kketchings@cctb.com
*Attorneys for Defendant Dolgencorp, LLC*